## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Francisco Ramirez, | ) |
|             Plaintiff, | ) |
| vs. | ) 1: 11-cv-1025-RLY-MJD |
| NCO Financial Systems, Inc., | ) |
|             Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Parties' Joint Stipulation of Dismissal with Prejudice filed by the parties in this cause, all claims and theories of relief brought by each party are hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

11/16/2011
Date

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**Distribution:**
John Steinkamp, Steinkamplaw@yahoo.com
James K. Schultz, jschultz@sessions-law.biz